ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
        Federal Courthouse, 14th Floor
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-2569
        Facsimile: (213) 894-7177
        E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

E-FILED 4/22/14

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 13-7226-PSG(MRWx) |
| Plaintiff, | **[PROPOSED]** |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| $200,000.00 IN U.S. CURRENCY, | |
| Defendant. | |
| ALEXANDRO GONZALEZ, | |
| Claimant. | |

On or about September 30, 2013, Plaintiff United States of
America ("the government," "the United States of America" or
"plaintiff") filed a Complaint for Forfeiture alleging that the

1  defendant $200,000.00 in U.S. Currency (the "defendant
2  currency") is subject to forfeiture pursuant to 18 U.S.C.
3  § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

4       Claimant Alexandro Gonzalez ("claimant") filed on or about
5  November 1, 2013 a claim to the defendant currency and an answer
6  to the Complaint.  No other parties have appeared in this case
7  and the time for filing claims and answers has expired.

8       The government and claimant have now agreed to settle this
9  action and to avoid further litigation by entering into this
10 Consent Judgment of Forfeiture.

11      The Court, having been duly advised of and having
12 considered the matter, and based upon the mutual consent of the
13 parties hereto,

14      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

15      1.   This Court has jurisdiction over the subject matter of
16 this action and the parties to this Consent Judgment of
17 Forfeiture.

18      2.   The Complaint for Forfeiture states a claim for relief
19 pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

20      3.   Notice of this action has been given as required by
21 law.  No appearances have been made in the litigation by any
22 person other than claimant.  The Court deems that all other
23 potential claimants admit the allegations of the Complaint for
24 Forfeiture to be true.

25      4.   The sum of $5,000.00 only (without interest), less any
26 debts or other amounts owed by claimant or claimant's attorney
27 of record in this case which the United States of America is

28

                                2

entitled to offset pursuant to 31 U.S.C. § 3716 or otherwise,[1] shall be returned to claimant.  The remainder of the defendant currency (i.e., $195,000.00), plus the interest earned by the United States of America on the defendant currency shall be condemned and forfeited to the United States of America, which shall dispose of those funds in accordance with law.

5.    The funds to be returned to claimant pursuant to paragraph 4 above shall be paid to claimant by electronic transfer directly into the client trust account of the Law Offices of Thomas P. Sleisenger, attorneys of record for claimant in this case.  Claimant (through his attorney of record Thomas P. Sleisenger, Esq.) shall provide all information and complete all documents requested by the United States of America in order for the United States of America to complete the transfer and determine the government's right to any offset pursuant to 31 U.S.C. § 3716 or otherwise including, without limitation, providing claimant's social security and taxpayer identification numbers (if any), claimant's attorney of record's taxpayer identification number, and the identity of the bank, the bank's address and the account name, account number, account type and wire transfer routing number for the Law Offices of

---

[1] 31 U.S.C. § 3716, the Debt Collection Improvement Act of 1996, requires the United States of America to offset from its payments delinquent debts owed to States, including past-due child support enforced by States.  For purposes of determining an offset pursuant to 31 U.S.C. § 3716 or otherwise, one third of the $5,000.00 returned amount (i.e., $1,666.67) shall be deemed to constitute attorney fees belonging to claimant's attorney of record in this case (i.e., the Law Offices of Thomas P. Sleisenger), while the remaining two-thirds of the $5,000.00 returned amount (i.e., $3,333.33) shall be deemed to belong to claimant.

1   Thomas P. Sleisenger client trust account to which the transfer

2   of funds is to be made.

3        6.   Claimant hereby releases the United States of America,

4   its agencies, agents, officers, employees and representatives,

5   including, without limitation, all agents, officers, employees

6   and representatives of the Drug Enforcement Administration or

7   the Department of Justice and their respective agencies, as well

8   as all agents, officers, employees and representatives of any

9   state or local governmental or law enforcement agency involved

10  in the investigation or prosecution of this matter, from any and

11  all claims, actions or liabilities arising out of or related to

12  this action, including, without limitation, any claim for

13  attorney fees, costs and interest, which may be asserted by or

14  on behalf of claimant, whether pursuant to 28 U.S.C. § 2465 or

15  otherwise.

16       7.   The Court finds that there was reasonable cause for

17  the seizure of the defendant currency and institution of these

18  proceedings.  This judgment shall be construed as a certificate

19  of reasonable cause pursuant to 28 U.S.C. § 2465.

20       8.   The Court further funds that claimant did not

21  substantially prevail in this action, and the parties hereto

22  shall bear their own attorney fees and costs.

23

24  Dated:    4/21/14
    _____         PHILIP S. GUTIERREZ

25                           _____

26                           THE HONORABLE PHILIP S. GUTIERREZ
                             UNITED STATES DISTRICT JUDGE

27

28

                                4

<u>CONSENT</u>

    The parties hereto consent to the above judgment and waive any right of appeal.

DATED: April 18, 2014          ANDRÉ BIROTTE JR.
                               United States Attorney
                               ROBERT E. DUGDALE
                               Assistant United States Attorney
                               Chief, Criminal Division
                               STEVEN R. WELK
                               Assistant United States Attorney
                               Chief, Asset Forfeiture Section

                               _____
                               VICTOR A. RODGERS

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA


DATED: April 18, 2014          LAW OFFICES OF THOMAS P. SLEISENGER

                               _____
                               THOMAS P. SLEISENGER

                               Attorneys for Claimant
                               ALEXANDRO GONZALEZ

5